```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION AT LEXINGTON
```

| | | |
|---|---|---|
| SHARMAINE WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 5:17-cv-00-73-JMH |
| | ) | |
| V. | ) | |
| | ) | |
| PEARL INTERACTIVE NETWORK, | ) | **JUDGMENT** |
| INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order of even date and entered contemporaneously herewith, **IT IS HEREBY ORDERED**:

(1) Judgment is entered in favor of Defendant Pearl Interactive Network, Inc.;

(2) That this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3) That all pending motions shall be and the same hereby are **DENIED AS MOOT**;

(4) That all scheduled proceedings shall be and the same hereby are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

This the 23rd day of April, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge